**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02007-BNB

JAMES E. BROWN,

    Applicant,

v.

FEDERAL BUREAU OF PRISONS, and
R. RIOS, Warden,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 filed by Applicant, James E. Brown, on August 24, 2009, are DENIED as moot because Applicant paid the $5.00 filing fee to the Court on August 24. The motions to compel and for relief also filed on August 24 are DENIED as premature.

Dated: September 18, 2009