IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02007-WYD

JAMES E. BROWN,

    Applicant,

v.

R. RIOS, Warden, Federal Bureau of Prisons,

    Respondent.

---

ORDER TO CURE DEFICIENCY

---

Applicant submitted a Notice of Appeal on February 16, 2011.  The court has determined that the document is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     _X_ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

     _X_ is not submitted
     ___ is missing affidavit
     ___ is missing required financial information
     ___ is missing an original signature by the prisoner
     ___ is not on proper form (must use the court's current form
     ___ other

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 22nd day of February, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO